**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| KAREN G. MALOOF<br>_______________________<br>Plaintiff<br><br><br>v.<br><br>CITY OF PALM BAY; CITY OF PALM BAY POLICE DEPARTMENT, AND CODY SPAULDING, INDIVIDUALLY<br><br>_____________________________<br>Defendant(s) | ) Civil Action 6:25-cv-00197-ACC-RMN |

**DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION OF TRIAL DATE**

Defendant, Cody Spaulding, files this unopposed Motion for Modification of Trial Date and in support thereof states:

**FACTUAL BACKGROUND**

1. Plaintiff initiated this lawsuit on February 5, 2025 (ECF No. 1).
2. Defendants filed a Motion to Dismiss on March 11, 2025 (ECF No. 11).
3. This Honorable Court partially granted the Motion to Dismiss on June 17, 2025, as to all Defendants except Cody Spaulding.

4. The Parties submitted a case management and scheduling order on July 23, 2025 (ECF No. 24), which set the trial date for the term commencing on November 2, 2026.
5. Undersigned's wife is due to give birth on or about November 1, 2026.
6. This condition did not exist when the Case Management and Scheduling Order was issued in July of 2025.
7. Undersigned will be taking leave for approximately two weeks after birth, and FMLA leave from approximately January 15 until February 15, 2027, for child bonding and supporting his wife.
8. Undersigned is the sole attorney who has worked on the defense of this case and will be unable to effectively prepare for or defend the case at trial for its current date.

**MEMORANDUM OF LAW AND ARGUMENT**

Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). Further, District courts have broad discretion when managing their cases. *See Johnson v. Bd. Of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001).

Undersigned, due to the momentous nature of the family issue, would be unable to effectively represent the case in chief for the trial docket

beginning November 2nd, 2026. Undersigned is needed by his family for childcare, transportation, and most importantly, spousal support at the hospital. And due to the unpredictable nature of childbirth, it is unclear exactly what day or days those services may be needed. Therefore, undersigned humbly requests this court modify the trial date. Undersigned would ask that this Honorable Court place the trial on a docket in early January 2027, if available, or any docket after March 1st, 2027. Undersigned coordinated with counsel for the Plaintiff, who did not object to the above proposed dates.

## CONCLUSION

FOR THE FOREGOING REASONS, Defendant CODY SPAULDING, respectfully request that this Honorable Court modify the Trial Date to either a docket in early January or after March 1, 2027.

Respectfully submitted,

**OFFICE OF THE CITY ATTORNEY**
**CITY OF PALM BAY**
By: /s/ Erich Messenger_____
FLB: 0096055
120 Malabar Rd., S.E.
Palm Bay, Florida 32907
Telephone: (321) 409-7185
Fascimile: (321) 409-7112

Erich.Messenger@palmbayflorida.org
legal.mail@palmbayflorida.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 21, 2026, I served Defendants' Unopposed Motion for Modification of Trial Date by presenting the foregoing to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System for all counsel of record or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Filing.

/s/ *Erich Messenger*
Erich Messenger

## LOCAL RULE 3.01(g) CERTIFICATION

**I HEREBY CERTIFY** that on August 21, 2026, I e-mailed Attorney for the Plaintiff, M. Travis Foust, regarding the filing of this motion. He informed me that he had no objection to the motion or the proposed dates.

/s/ *Erich Messenger*
Erich Messenger